**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1354**

———————

JACOB ROGINSKY,

                                        Plaintiff - Appellant,

        versus


AMY J. BRAGUNIER, Honorable, individually and
in her official capacity; ROBERT C. NALLEY,
Honorable, individually and in his official
capacity; jointly, severally and individually,

                                        Defendants - Appellees,

        and


VERONICA V. BLAKE; WILLIAM F. OLMSTED, Law
Office of Olmsted & Olmsted; MARY SUE
GREISMAN, Law Offices of Greisman & Carroll;
PATRICIA N. DRUMMOND, Law Offices of Drummond
& O'Brian; JAMES E. LEWIS, Psychology & Edu-
cation Associates; THE LAW OFFICE OF OLMSTED &
OLMSTED; THE LAW OFFICES OF GREISMAN & CAR-
ROLL; THE LAW OFFICES OF DRUMMOND & O'BRIEN;
PSYCHOLOGY & EDUCATION ASSOCIATES,

                                        Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-00-348-AW)

———————

Submitted: May 11, 2000              Decided: May 16, 2000

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jacob Roginsky, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jacob Roginsky appeals the district court's order dismissing his pro se complaint against two Maryland state judicial officials, but allowing the case to proceed as to the remaining Defendants. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. See Robinson v. Parke-Davis & Co., 685 F.2d 912, 913 (4th Cir. 1982).

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED